# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL LEE TOWE,

    Petitioner,

vs.

DIRECTOR, N.D.O.C., *et al.*,

    Respondents.

Case No. 2:07-cv-00652-KJD-PAL

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for an extension of time in which to file a response to the amended petition for a writ of habeas corpus. (ECF No. 56). Respondents seek a 45-day enlargement of time, up to and including April 16, 2015, to file a response. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a response to the amended petition (ECF No. 56) is **GRANTED.** The response shall be filed on or before **April 16, 2015.**

Dated this \_\_11\_\_ day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE