# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL LEE TOWE,<br><br>      Petitioner,<br><br>vs.<br><br>DIRECTOR, N.D.O.C., *et al.*,<br><br>      Respondents. | Case No. 2:07-cv-00652-KJD-PAL<br><br>**ORDER** |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for an extension of time in which to file an opposition to respondents' motion to dismiss. (ECF No. 59). Petitioner seeks a ninety-one-day enlargement of time, up to and including August 3, 2015, to file an opposition. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file an opposition to the motion to dismiss (ECF No. 59) is **GRANTED.** Petitioner's opposition shall be filed on or before **August 3, 2015.**

DATED: May 7, 2015

_____
UNITED STATES DISTRICT JUDGE