# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL LEE TOWE,

     Petitioner,

vs.

DIRECTOR, N.D.O.C., *et al.*,

     Respondents.

Case No. 2:07-cv-00652-KJD-PAL

**ORDER**

     This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.  Respondents have filed a motion for an extension of time in which to file a reply in support of their motion to dismiss.  (ECF No. 62).  Respondents seek a 14-day enlargement of time, up to and including August 27, 2015, to file a reply.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

     **IT IS THEREFORE ORDERED** that respondents' motion for an extension of time to file a reply in support of their motion to dismiss (ECF No. 62) is **GRANTED.**  The reply shall be filed on or before **August 27, 2015.**

     Dated this   17   day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE