# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL LEE TOWE,

    Petitioner,

vs.

DIRECTOR, N.D.O.C., *et al.*,

    Respondents.

Case No. 2:07-cv-00652-KJD-PAL

**ORDER**

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Respondents have filed a motion for a second extension of time in which to file a reply in support of their motion to dismiss. (ECF No. 64). Respondents seek an extension of time, up to and including October 1, 2015, to file a reply. Having reviewed the motion and good cause appearing, respondents' motion is granted.

**IT IS THEREFORE ORDERED** that respondents' motion for a second extension of time to file a reply in support of their motion to dismiss (ECF No. 64) is **GRANTED.** The reply shall be filed on or before **October 1, 2015.**

Dated this   27   day of August, 2015.

                                              UNITED STATES DISTRICT JUDGE