# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL LEE TOWE,

    Petitioner,

vs.

DIRECTOR, N.D.O.C., *et al.*,

    Respondents.

Case No. 2:07-cv-00652-KJD-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel.  Respondents have filed a motion for a third extension of time in which to file a reply in support of their motion to dismiss.  (ECF No. 66).  Respondents seek an extension of time, up to and including October 15, 2015, to file a reply.  Having reviewed the motion and good cause appearing, respondents' motion is granted.

    **IT IS THEREFORE ORDERED** that respondents' motion for a third extension of time to file a reply in support of their motion to dismiss (ECF No. 66) is **GRANTED.**  The reply shall be filed on or before **October 15, 2015.  No further extensions will be granted absent extraordinary circumstances.**

    Dated this   2   day of October, 2015.

    _____
    UNITED STATES DISTRICT JUDGE