# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL LEE TOWE,

    Petitioner,

vs.

DIRECTOR, N.D.O.C., *et al.*,

    Respondents.

Case No. 2:07-cv-00652-KJD-PAL

**ORDER**

    This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner represented by counsel. Petitioner has filed an unopposed motion for an extension of time in which to file a reply to the answer. (ECF No. 71). Petitioner seeks an enlargement of time, up to and including April 26, 2017, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

    **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (ECF No. 71) is **GRANTED.** Petitioner's reply to the answer shall be filed on or before **April 26, 2017.**

    Dated this  30  day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE